UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTOFOR D. FRY, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED CONSULTANTS, INC., <br><br> Defendant. | Case No. 4:18-cv-02002 <br><br> Honorable Judge Alfred H. Bennett |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff KRISTOFOR D. FRY and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 7, 2019                                        Respectfully Submitted,

**KRISTOFOR D. FRY**                                          **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Marwan R. Daher*                                         */s/ Charles R. Penot, Jr. (with consent)*
Marwan R. Daher                                               Charles R. Penot, Jr.
*Counsel for Plaintiff*                                       *Counsel for Defendant*
Sulaiman Law Group, LTD                                       Sessions, Fishman, Nathan, & Israel, LLC
2500 S. Highland Ave., Ste. 200                               900 Jackson Street, Suite 440
Lombard, Illinois 60148                                       Dallas, Texas 75202
Phone: (630) 575-8181                                         Phone: (214) 741-3009
mdaher@sulaimanlaw.com                                        cpenot@sessions.legal