United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTOFOR D. FRY, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02002 |
| | § § | |
| DIVERSIFIED CONSULTANTS, INC., | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed January 7, 2019, (Doc # 17), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 01/14/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge